MARSHA E. DIEDRICH (State Bar No. 093709)
CASONDRA K. RUGA (State Bar No. 237597)
EVAN W. WOOLLEY (State Bar No. 286385)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
Email:      marsha.diedrich@alston.com
            casondra.ruga@alston.com
            evan.woolley@alston.com

Attorneys for Plaintiff
LALTITUDE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALTITUDE, LLC, a California corporation, | Case No.: |
| Plaintiff, | **FRCP 7.1 CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| 18TH AVENUE TOYS, LTD., a New York corporation, and YAACOV SCHWARTZ, an individual | |
| Defendants. | |

## PLAINTIFF LALTITUDE LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1

The undersigned, counsel of record for Plaintiff Laltitude, LLC, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
| --- | --- |
| Laltitude, LLC | Plaintiff |
| 18th Avenue Toys, Ltd. | Defendant |
| Yaacov Schwartz | Defendant |

Laltitude, LLC hereby states that it has no parent corporation, and that no publicly traded company owns ten percent or more of its stock.

DATED: August 31, 2016
MARSHA E. DIEDRICH
CASONDRA K. RUGA
EVAN W. WOOLLEY
**ALSTON & BIRD LLP**

_/s/ Casondra K. Ruga_
Casondra K. Ruga
Attorneys for Plaintiff
**LALTITUDE LLC**

1