UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-6562-SS | Date | September 15, 2016 |
|---|---|---|---|
| Title | Laltitude, LLC v. 18th Avenue Toys, Ltd., et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING MATTER FOR A TELEPHONIC STATUS CONFERENCE**

    The Court sets this matter for a Telephonic Conference on **Monday, September 19, 2016, at 11:00 a.m.**  Counsel will call into the conference by calling (213) 894-0800 and using the access codes listed below.

Telephonic Conference Access Codes (Please follow the prompts and enter the codes below):

Meeting ID:          1112#
User Password:    7172#

:

Initials of Preparer        mr