# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-06562-SS | Date | September 19, 2016 |
|---|---|---|---|
| Title | Laltitude, LLC v. 18th Avenue Toys, Ltd., et al. | | |

| Present: The Honorable | **SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE** | |
|---|---|---|
| Marlene Ramirez | XTR 9/19/16 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Casondra K. Ruga<br>Evan William Woolley | William L. Niro |

**Proceedings:** **TELEPHONIC STATUS CONFERENCE**

Telephonic status conference held on September 19, 2016, at 11:00 a.m.

:07

Initials of Preparer     mr