| | |
|---|---|
| 1 | Marsha E. Diedrich (SBN 093709) |
| 2 | Casondra K. Ruga (SBN 237597) |
|   | Evan W. Woolley (SBN 286385) |
|   | Alston & Bird, LLP |
| 3 | 333 South Hope Street, Sixteenth Floor |
|   | Los Angeles, California 90071 |
| 4 | Phone: (213) 576-1000 |
|   | Fax: (213) 576-1100 |
| 5 | Email:     marsha.diedrich@alston.com |
|   |           Casondra.ruga@alston.com |
| 6 |           Evan.woolley@alston.com |

Attorneys for Plaintiff
LALTITUDE, LLC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Laltitude, LLC, | Case No. 2:16-CV-06562-SS |
|---|---|
| Plaintiff(s), | [Assigned for all purposed to Hon. Suzanne H. Segal – Dept. 590] |
| v. | **STIPULATION TO DISMISSAL WITH PREJUDICE** |
| 18th Avenue Toys, Ltd, et al, | |
| Defendant(s). | *[[Proposed] Order filed concurrently herewith]* |
| | Complaint Filed: August 31, 2016 |
| | Current response Due: November 29, 2016 |
| | New Response Date: December 29, 2016 |

1

STIPULATION TO DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Laltitude, LLC and Defendants 18th Avenue Toys, Ltd and Yaacov Schwartz stipulate to the dismissal with prejudice of all claims in this action. Each side will bear their own costs, expenses, and attorney fees.

Dated: December 30, 2016     ALSTON & BIRD, LLP

By: */s/ Evan W. Woolley*
Evan W. Woolley
Attorneys for Plaintiff

Dated: December 30, 2016     NIRO LAW GROUP, LLC

By: */s/ Christopher W. Niro*
Christopher W. Niro
Attorneys for Defendants

Pursuant to Local Rule 5-4.3.4(a), the filer attests that the above signatories concur in the filing's content and have authorized the filing of this document.

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2016, I electronically filed the **STIPULATION TO DISMISSAL WITH PREJUDICE** with the Clerk of the Court for the United States District Court, Central District by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the Court's CM/ECF system. The parties were also served by e-mail according to the following service list:

| | |
|---|---|
| Christopher W. Niro | Attorneys for Defendants |
| William L. Niro | 18th Avenue Toys, Ltd. |
| **NIRO LAW GROUP** | and Yaacov Schwartz |
| 135 LaSalle Street, Suite 3025 | |
| Chicago, IL 60603 | |
| chris@nirolaw.com | |
| bill@nirolaw.com | |

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

*/s/ Evan W. Woolley*
Attorney for Plaintiff
**LALTITUDE, LLC**